IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMES ANTHONY WHITE**                                                  **PLAINTIFF**

**v.**                                                            **CIVIL ACTION NO. 1:22-cv-177-JMV**

**COMMISSIONER OF**
**SOCIAL SECURITY**                                                **DEFENDANT**

**JUDGMENT**

For the reasons given in this Court's Order [19] entered on August 31, 2023, it is hereby ordered and adjudged that the Commissioner's decision is **affirmed**.

SO ORDERED, this the 31st day of August, 2023.

                                                          **/s/ Jane M. Virden**
                                                          **UNITED STATES MAGISTRATE JUDGE**